# ATTACHMENT 1

# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE ___Western___ DISTRICT OF ___Wisconsin___

(Full name of plaintiff(s))

Jack John C Hamann

_____

_____

vs

Case Number:

22-cv-245-wmc

(to be supplied by clerk of court)

(Full name of defendant(s))

Dr. Conrad Magno DDS

Clinic: Wisconsin Secure

Program Facility

1101 Morrison Drive, Boscobel, WI 53805-1000

2022 MAY -2 AM 10:42
PETER OPT...
CLERK US D...
WD OF...
DOC NO
REC'D/FILED

A.   PARTIES

1.   Plaintiff is a citizen of ___Wisconsin___, and is located at
(State)

1101 Morrison Drive, Boscobel, WI 53805-1000
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant _DR. Conrad Magno_____
(Name)

is (if a person or private corporation) a citizen of _Wisconsin_____
(State, if known)

and (if a person) resides at _____Unknown_____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Wisconsin Secure Program Facility_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Dr. Magno, My temporary dentist was supposed to pull one tooth. He had great difficulty pulling it after 40 Minutes and 8 attempts. Each time he attempted to pull the tooth he reached and poked in recklessly with his fingers and his fingernails ripped open my flesh each time he did this. There was a lot of blood spray and pain each time he did this. I told him after the 4th time he ripped and scratched open my inside mouth-flesh, to "Not be so reckless." The nurse, Debbie Davis, was

Attachment One (Complaint) = 2

a witness to these injuries which caused 8 stitches.

These injuries occurred on 2/10/2021 at 16:14:00. The tooth involved was eventually "pulverized" as plan "B" because Dr. Magno said he was unable to pull it out.

My 8 stitches (permanent type) were removed on 2/18/2021. However, this provider failed to immediately follow through with ice and the "ensure" diet as discussed for liquid food.

These events happened here at the dental room of the Health Services Unit at the Wisconsin Secure Program Facility. One other witness was a Corrections officer named MR. Godfried who saw my bloodied face while I was in the dentist's patient chair, being operated on.

The other witness was the assistant Ms. Davis (Debbie). She witnessed everything Dr Magno did including my request for him to stop being reckless.

Attachment One (Complaint) – 3

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                          OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
      different from the state citizenship of every defendant, and the amount of
      money at stake in this case (not counting interest and costs) is
      $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

I am claiming $150,000 for the personal
injuries I suffered, mental and physical harm.

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                        OR

☒    Court Trial – I want a judge to hear my case


Dated this __28 th__ day of __April__ 20__22__.

Respectfully Submitted,

__Jack John C Mamann__
Signature of Plaintiff

__554778__
Plaintiff's Prisoner ID Number

WISCONSIN SECURE PROGRAM FACILITY
__1101 Morrison Drive, P.O. Box 1000__
__Boscobel, WI    53805-1000__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).


## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.